## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Civil Action Number: 18-cv-07480

ANCEL MONTENELLI,

     Plaintiff,

v.

HOME DEPOT U.S.A. INC,

     Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 8th day of August, 2019.

<table>
<tr>
<td>

*s/ Scott R. Dinin*
Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
E-mail: inbox@dininlaw.com
*Counsel for Plaintiff*

</td>
<td>

*s/Shawn Fabian*
C Shawn D. Fabian (ARDC No. 6310637)
Sheppard Mullin Richter & Hampton LLP 70
West Madison Street, 48111 Floor
Chicago, IL 60602
Tel: (312) 499 6300; (312) 499-6308
Fax: (312) 499-4747
www.sheppardmullin.com
sfabian@sheppardmullin.com

Gregory Hurley, Esq.
Michael J. Chilleen, Esq,
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Tel (714) 513-5100
(714) 424-8205
www.sheppardmullin.com
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com
*Counsel for Defendant*

</td>
</tr>
</table>